No. 75–628.   CRAIG ET AL. v. BOREN, GOVERNOR OF OKLAHOMA, ET AL., *ante*, p. 190;

No. 75–1354.   TRANS WORLD AIRLINES, INC. v. DAY ET AL., *ante*, p. 890;

No. 75–1631.   KIRKLAND ET AL. v. NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES ET AL., *ante*, p. 823;

No. 75–6901.   SWIGERT ET AL. v. MILLER ET AL., *ante*, p. 805;

No. 75–7003.   SCHERER v. POGUE, WARDEN, *ante*, p. 1038;

No. 76–365.   SLOAN ET AL. v. SECURITIES AND EXCHANGE COMMISSION ET AL., *ante*, p. 1023;

No. 76–405.   GABRIEL v. UNITED STATES ET AL., *ante*, p. 1011;

No. 76–443.   WESSON ET AL. v. UNITED STATES ET AL., *ante*, p. 1011;

No. 76–497.   TAXE v. UNITED STATES, *ante*, p. 1040;

No. 76–547.   SIMMONS v. COUNCIL BLUFFS SAVINGS BANK, EXECUTOR, *ante*, p. 1001;

No. 76–579.   SPENCER ET AL., DBA TED SPENCER & SONS AUTO SERVICE v. REDEVELOPMENT AUTHORITY OF THE CITY OF NANTICOKE, *ante*, p. 1011;

No. 76–834.   PEROFF v. HYLTON, U. S. MARSHAL, ET AL., *ante*, p. 1062;

No. 76–5231.   GIBSON v. GEORGIA, *ante*, p. 986;

No. 76–5304.   SELLARS v. CALIFORNIA ET AL., *ante*, p. 1025;

No. 76–5358.   HENRY v. FLORIDA, *ante*, p. 951;

No. 76–5368.   ALVAREZ v. ESTELLE, CORRECTIONS DIRECTOR, *ante*, p. 1044;

No. 76–5480.   MILLER v. HAMPTON, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL., *ante*, p. 1046;

No. 76–5598.   SAYLES v. MCGUIRE, U. S. DISTRICT JUDGE, *ante*, p. 1036; and

No. 76–5634.   HINTON v. MICHIGAN ET AL., *ante*, p. 1048. Petitions for rehearing denied.